No. D–16. IN RE DISBARMENT OF MADES. It is ordered that Herbert S. Mades of Winthrop, Massachusetts, be suspended from the practice of law in this Court

and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.